# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lance Gerald Milliman, | Case No. 24-cv-0664 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Jodi Harpstead; County of Anoka; Brad Johnson; Alicia Bohach; Robert Yount; Cheyenne Downing; Brittany Plude; Betty Lindemoen-Neff, | |
| Defendants. | |

On March 20, 2024, the Court entered an Order dismissing this action without prejudice and denying Plaintiff Lance Gerald Milliman's application to proceed *in forma pauperis*. ECF 3. The Court found that the Complaint failed to state a claim because (1) Minnesota law permits the government to withhold the $1,200 stimulus check issued to him to satisfy his child-support obligations, (2) claims attacking the underlying state-court judgment would be barred by the statute of limitations and the Court would lack jurisdiction over those claims under the *Rooker-Feldman* doctrine, and (3) he could not plausibly allege an equal protection claim. Mr. Milliman filed an appeal of the dismissal order and on August 6, 2024, the Eighth Circuit Court of Appeals summarily affirmed. ECF 13. On January 7, 2025, Mr. Milliman filed a proposed amended complaint and a motion for leave to amend. ECF 15–16. Because the original complaint had been dismissed

and the judgment affirmed on appeal, this matter has concluded and there is no pleading to amend. Accordingly, Mr. Milliman's motion to amend is denied.

Dated: January 10, 2025                    <u>*s/Katherine M. Menendez*</u>
                                           Katherine Menendez
                                           United States District Judge